NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YONG I. FENLON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2014-3145

---

Petition for review of the Merit Systems Protection Board in No. SF-0432-04-0076-X-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

This court received Yong I. Fenlon's reply brief in this petition for review on August 29, 2014. On September 2, 2014, this court received an additional brief from Fenlon, which we construe as a motion to file a supplemental reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                FENLON v. NAVY


The motion is granted.  Fenlon's supplemental reply brief received on September 2, 2014 is accepted for filing.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30